# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 2/15/2023 |
| Case: 22−11093−JTD | Form ID: pdfodc | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
aty     Adam G. Landis     landis@lrclaw.com

                                                                 TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI     55 MASLAK MAH     BEYBI GIZ PLAZA A BLOK NO: 1 IC KAPI     Istanbul TURKEY
clagent     Kroll Restructuring Administration LLC     (f/k/a Prime Clerk LLC)     55 East 52nd Street     17th Floor     New York, NY 10055

                                                                  TOTAL: 2